GREGORY F. HURLEY #126791
MICHAEL J. MILLS #202044
KUTAK ROCK LLP
Suite 450
620 Newport Center Drive
Newport Beach, CA 92660
Telephone: (949) 718-6700
Facsimile: (949) 718-6708

Attorneys for Defendant STK
Architecture, Inc.

FILED
CLERK US DISTRICT COURT
FILED
NOV - 6 2001
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AMC ENTERTAINMENT, INC.,<br>AMERICAN MULTI-CINEMA, INC.,<br>and<br>SALTS+TROUTMAN+KANESHIRO,<br>INC.,<br><br>　　　　　Defendants. | CASE NO. 99-01034 FMC (SHx)<br><br>**ORDER AND JUDGMENT** [PROPOSED]<br><br>Date: November 5, 2001<br>Time: 10:00 a.m.<br>Courtroom 750<br>Judge: Honorable Florence-Marie Cooper<br><br>Date of Filing: January 29, 1999 |

This matter comes before the Court on the Motion for Summary Judgment filed by Defendant Salts + Troutman + Kaneshiro, Inc. Having reviewed the Motion, the memoranda of points and authorities and other materials submitted by the parties, and the arguments of counsel.

IT IS HEREBY ORDERED that the Motion for Summary Judgment filed by Defendant Salts + Troutman+Kaneshiro, Inc. shall be and the same is hereby GRANTED;

✓ Copies / NTC Sent
NV JS - 5 / JS - 6
__ JS - 2 / JS - 3
__ CLSD

17-23317.01　　　　　　　　　　1

KUTAK ROCK LLP
LIMITED LIABILITY PARTNERSHIP
NEWPORT BEACH

IT IS FURTHER ORDERED that Judgment shall be and the same is hereby entered in favor of Defendant Salts + Troutman + Kaneshiro, Inc. on all claims and causes of action set forth in the Department's First Amended Complaint for Violation of Civil Rights;

IT IS FURTHER ORDERED that Defendant Salts + Troutman + Kaneshiro, Inc. is dismissed from this action with predjudice.

DATED THIS 6th day of November, 2001.

*Florence-Marie Cooper*
United States District Judge

Presented by:

By: _____
GREGORY F. HURLEY
Attorneys for Defendants
SALTS+TROUTMAN+KANESHIRO, INC.

17-23317 01

-2-

**PROOF OF SERVICE**

I, Jana Vanderford, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is Suite 450, 620 Newport Center Drive, Newport Beach, CA 92660. On October 5, 2001, I served the within documents:

**ORDER AND JUDGMENT [PROPOSED]**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Newport Beach, California addressed as set forth below (noted with an *).

☐ by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by placing the document(s) listed above in a sealed FED EX envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a FED EX agent for delivery (as noted with **).

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

*Please see attached Service List*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 5, 2001 at Newport Beach, California.

_____
Jana Vanderford

17-13592.01

1

Service List

**John Albert Russ IV
US Department of Justice
Civil Rights Division
Disability Rights Section
PO Box 66738
Washington, DC  20035-6738
Fax No.  202-307-1198

*Mr. Robert Harrop
Lathrop & Gage
Suite 2800
2345 Grand Boulevard
Kansas City, MO  64108-2684
Fax No.:  816-292-2001

17-13592 01